Prob12B
D/NV Form
Rev. June 2014

# United States District Court
## for
## the District of Nevada

### REQUEST FOR MODIFICATION
### TO CONDITIONS OF SUPERVISION WITH CONSENT OF OFFENDER
*Probation Form 49 (Waiver of Hearing) is Attached*
**July 16, 2020**

Name of Offender: **Gregory James Boatright**

Case Number:  **2:20CR00166**

Name of Sentencing Judicial Officer: **Honorable Camille D. Bibles**

Date of Original Sentence: **June 11, 2020**

Original Offense: **Domestic Assault by Striking, Beating, or Wounding.**

Original Sentence: **Time served, followed by 12 Months TSR.**

Date Supervision Commenced: **June 11, 2020**

Date Jurisdiction Transferred to District of Nevada: **July 14, 2020**

Name of Assigned Judicial Officer: **Honorable Gloria M. Navarro**

### PETITIONING THE COURT

☒ To modify the conditions of supervision as follows:

1. **Mental Health Treatment** – **You must participate in a mental health treatment program and follow the rules and regulations of that program. The probation officer, in consultation with the treatment provider, will supervise your participation in the program (provider, location, modality, duration, intensity, etc.).**

### CAUSE

On June 11, 2020, Boatright was sentenced by the Honorable Camille D. Bibles in the District of Arizona to time served followed by 12 months supervised release for committing the offense of Domestic Assault by Striking, Beating, or Wounding. Following sentencing Boatright returned to Las Vegas to commence supervision. On July 14, 2020, Your Honor accepted jurisdiction of his case.

**RE: Gregory James Boatright**

Prob12B
D/NV Form
Rev. June 2014

On June 25, 2020, Boatright reported to the Probation Office as directed and informed the undersigned officer that he suffers from PTSD and Anxiety. Boatright stated that he uses marijuana to help with the anxiety and that he knows he can't use it while he's under supervision. Boatright was counseled at this time to seek an alternative to marijuana, such as anti-anxiety medication.

On July 6, 2020, Boatright tested positive for marijuana and on July 7, 2020, this violation was addressed with him. Boatright admitted to smoking marijuana on July 4, 2020, to address an increased level of anxiety. Boatright was admonished for his use and again reminded that he can't use marijuana while under supervision.

On July 12, 2020, Boatright failed to report for drug testing. To address this, Boatright was directed by the undersigned officer to go drug test on July 13, 2020, wherein he tested positive for methamphetamine and marijuana. The undersigned officer spoke with Boatright on July 13, 2020, and he admitted drinking alcohol and using ecstasy with friends on July 11, 2020; and marijuana on July 12, 2020. It is noted that Boatright is prohibited from possessing and/or using alcohol as condition of probation.

To address his anxiety and PTSD, the Probation Office respectfully requests that Boatright's conditions be modified to include Mental Health treatment. Boatright's conditions already include substance abuse treatment. Boatright agrees with this modification as evidenced on the attached Probation 49 form.

To address his noncompliance, Boatright has been counseled on the consequences of continued drug use and warned revocation proceedings will be initiated if he continues to use. As an intervention, Boatright will be immediately referred to treatment to address his substance abuse and mental health issues. In addition, his drug and alcohol testing will be increased.

Please contact the undersigned officer at (702) 250-6964 or cecil_mccarroll@nvp.uscourts.gov with any questions or concerns.

Respectfully submitted,

Digitally signed by
Cecil B McCarroll III
Date: 2020.07.17
11:29:50 -07'00'

Cecil B. McCarroll III
United States Probation Officer

RE: Gregory James Boatright

Prob12B
D/NV Form
Rev. June 2014

Approved:

*[signature]*  Digitally signed by Todd J. Fredlund
Date: 2020.07.16 17:09:10 -07'00'

Todd J. Fredlund
Supervisory United States Probation Officer

---

## THE COURT ORDERS

☐   No Action.

☐   The extension of supervision as noted above.

☒   The modification of conditions as noted above

☐   Other (please include Judicial Officer instructions below):

--------------------------------------------------------------------------------

--------------------------------------------------------------------------------

--------------------------------------------------------------------------------

*[signature]*
Signature of Judicial Officer

July 22, 2020
Date

PROB 49
(3/89)

# UNITED STATES DISTRICT COURT

## District of Nevada

## Waiver of Hearing to Modify Conditions of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

**Mental Health Treatment** – You must participate in a mental health treatment program and follow the rules and regulations of that program. The probation officer, in consultation with the treatment provider, will supervise your participation in the program (provider, location, modality, duration, intensity, etc.).

Witness _____   Signed _____
U.S. Probation Officer                                  Probationer or Supervised Releasee

Digitally signed by Cecil B McCarroll III
Date: 2020.07.20 10:02:31 -07'00'

Date: 7/17/20