Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
Erin Gettel
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89109
(702)388-6577
Erin_Gettel@fd.org

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| United States of America, | Case No. 2:20-cr-00166-GMN-VCF |
| Plaintiff, | **Stipulation to Modify Conditions of Supervision** |
| v. | |
| Gregory Boatright, | |
| Defendant. | |

1. After considering a subset of the sentencing factors set forth in 18 U.S.C. § 3553(a),[1] a court may modify, reduce, or enlarge the conditions of supervised release.

2. The parties hereby stipulate and agree that the special conditions requiring Boatright to (1) reside at the residential reentry center for up to seven months and to (2) participate in the CARE program (imposed at ECF No. 8) should be deleted.  All other conditions will remain in effect.

---

[1] 18 U.S.C. § 3553(a)(1) (the nature and circumstances of the offense and the history and characteristics of the defendant); (a)(2)(B–D) (the need for the sentence imposed to afford adequate deterrence to criminal conduct, to protect the public from further crimes of the defendant, and to provide the defendant with needed educational or vocational training, medical care, or other correctional treatment in the most effective manner); (a)(4–7) (the kinds of sentence and the sentencing range established, any pertinent policy statement, the need to avoid unwarranted sentence disparities, and the need to provide restitution to any victims of the offense).

3. The parties further agree that, if Boatright sustains future court-reported violations and the Court finds that he has violated the conditions of his release, the parties will jointly recommend that the Court revoke Boatright's supervision and impose a 60-day custodial sentence with no supervision to follow.

4. The parties stipulate that the motion to modify Boatright's conditions (ECF No. 10) is withdrawn.

DATED: September 3, 2020

| Rene L. Valladares<br>Federal Public Defender | Nicholas A. Trutanich<br>United States Attorney |
|---|---|
| */s/ Erin Gettel*<br>By_____<br>Erin Gettel<br>Assistant Federal Public Defender | */s/ Shaheen Torgoley*<br>By_____<br>Shaheen Torgoley<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Gregory Boatright,<br><br>　　　　Defendant. | Case No. 2:20-cr-00166-GMN-VCF<br><br>**Order Granting First Stipulation to Modify Conditions of Supervised Release** |

　　　Based on the stipulation of counsel, the Court finds that good cause exists to modify the conditions of Boatright's supervision as follows: the special conditions requiring Boatright to (1) reside at the residential reentry center for up to seven months and to (2) participate in the CARE program (imposed at ECF No. 8) should be deleted.  All other conditions will remain in effect. The Motion to Modify Conditions of Release, (ECF No. 10), is WITHDRAWN.

　　**IT IS SO ORDERED.**

　　Dated this ___3___ day of September, 2020.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Gloria M. Navarro, District Judge
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT