# FILED UNDER SEAL

Prob12C
D/NV Form
Rev. March 2017

# United States District Court
## for
## the District of Nevada

## PETITION FOR WARRANT
## FOR OFFENDER UNDER SUPERVISION

Name of Offender: **Gregory James Boatright**

Case Number: **2:20CR00166**

Name of Sentencing Judicial Officer: **Honorable Camille D. Bibles**

Date of Original Sentence: **June 11, 2020**

Original Offense: **Domestic Assault by Striking, Beating, or Wounding**

Original Sentence: **1 Days prison, followed by 12 Months TSR.**

Date Supervision Commenced: **June 11, 2020**

Date Jurisdiction Transferred to District of Nevada: **June 11, 2020**

Name of Assigned Judicial Officer: **Honorable Gloria M. Navarro**

## PETITIONING THE COURT

☒ To issue a warrant.

The probation officer believes the offender has violated the following condition(s) of supervision:

1. **Do Not Unlawfully Use Controlled Substance** - You must refrain from any unlawful use of a controlled substance. The use or possession of marijuana, even with a physician's certification, is not permitted. Unless suspended by the Court, you must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

    Boatright tested positive for a controlled substance on the following dates:

RE: Gregory James Boatright

a) July 6, 2020 – Marijuana
b) July 13, 2020 – Methamphetamine & Marijuana
c) July 18, 2020 - Marijuana
d) July 23, 2020 - Marijuana
e) August 2, 2020 - Marijuana
f) April 19, 2021 – Methamphetamine

Boatright also failed to report for scheduled drug testing on July 12, 2020.

2. **Mental Health Treatment – You must participate in a mental health treatment program and follow the rules and regulations of that program. The probation officer, in consultation with the treatment provider, will supervise your participation in the program (provider, location, modality, duration, intensity, etc.).**

   Boatright failed to report for treatment on the following dates:

   a) September 23, 2020
   b) October 27, 2020
   c) November 24, 2020
   d) December 21, 2020
   e) March 2, 2021
   f) April 6, 2021

3. **Do Not Commit Another Crime - You must not commit another federal, state or local crime.**

   On December 25, 2020, Boatright was arrested by officers with the Las Vegas Metropolitan Police Department (LVMPD) and charged with Battery Domestic Violence in violation of NRS 200.48, a Misdemeanor.

4. **Follow Instructions Of Probation Officer - You must follow the instructions of the probation officer related to the conditions of supervision.**

   a) On December 30, 2020, the undersigned directed Boatright that he had until January 15, 2021 to begin his domestic violence treatment, which he failed to begin by that time.

   b) On December 30, 2020, the undersigned directed Boatright that he and his girlfriend (Lauren A.) are not to live together due to the domestic violence incident that occurred between the two of them on December 25, 2020. He was

RE: Gregory James Boatright

Prob12C
D/NV Form
Rev. March 2017

given until January 3, 2021, to either move out or have his girlfriend move out. On April 19, 2021, the undersigned discovered through conversation with Boatright that he and his girlfriend never stopped living together.

5. **Must Answer Truthfully** - **You must answer truthfully the questions asked by your probation officer.**

Per allegation number four (4), Boatright was given until January 3, 2021, to either find a new residence or have his girlfriend move out. On January 4, 2021, the undersigned conducted a virtual home inspection of the residence and found no signs of his girlfriend residing there any longer. Boatright advised during this contact that his girlfriend decided to move out, since she had another place to stay.

On April 19, 2021, it was discovered during a conversation with Boatright that both he and his girlfriend never stopped living together.

**U.S. Probation Officer Recommendation**:

The term of supervision should be:

☒ Revoked

I declare under penalty of perjury that the information contained herein is true and correct,

Executed on **April 20, 2021**

Digitally signed by Cecil B McCarroll III
Date: 2021.04.21 13:17:35 -07'00'

Cecil B. McCarroll III
United States Probation Officer

RE: **Gregory James Boatright**

Prob12C
D/NV Form
Rev. March 2017

Approved:

_____
Digitally signed by Brian Blevins
Date: 2021.04.21 12:29:21 -07'00'

Brian Blevins
Supervisory United States Probation Officer

*THE COURT ORDERS*

☐     No Action.
☒     The issuance of a warrant.
☐     The issuance of a summons.
☐     Other:

_____
Signature of Judicial Officer

_____
April 21, 2021
Date

RE: Gregory James Boatright

Prob12C
D/NV Form
Rev. March 2017

# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA
## UNITED STATES V. GREGORY JAMES BOATRIGHT, 2:20CR00166

### SUMMARY IN SUPPORT OF PETITION FOR WARRANT
### April 20, 2021

On June 11, 2020, Boatright was sentenced by the Honorable Camille D. Bibles in the District of Arizona to Time Served followed by 12 months supervised release for committing the offense of Domestic Assault by Striking, Beating, or Wounding. Following sentencing Boatright returned to Las Vegas to commence supervision. On July 14, 2020, Your Honor accepted jurisdiction of his case.

On July 6, 2020, Boatright reported for drug testing and tested positive for marijuana. This positive was addressed with him and he stated that he most recently used on July 4, 2020, and that he uses primarily to address anxiety. He was reminded at this time that he may not use marijuana while on supervision and it was recommended that he look for alternatives to address his anxiety.

On July 12, 2020, Boatright failed to report for scheduled drug testing. To address this missed test, he was directed by the undersigned to report for drug testing on July 13, 2020. His test returned positive for marijuana and methamphetamine. When this was addressed with him, he admitted using on July 12, 2020, and that he didn't show up for his test on the 12th because he knew he would be dirty. Boatright denied using methamphetamine but did admit to using alcohol and ecstasy on July 12, 2020 as well.

During previous contacts with Boatright, he admitted to the undersigned that he uses primarily due to anxiety. It was recommended to Boatright that we add a mental health treatment condition so that he may get the treatment he needs to address his anxiety. On July 22, 2020, Your Honor granted this modification.

On July 18, 2020, Boatright again tested positive for marijuana. This positive test was addressed with him and he admitted to using marijuana on July 15, 2020. The undersigned admonished him for his use and encouraged him to seek his mental health counselor's help in this area as she might be able to connect him with a psychologist who can prescribe him medication for his anxiety.

On December 25, 2020, Boatright was arrested by Las Vegas Metropolitan Police officers and charged with Battery Domestic Violence, in violation on NRS 200.48. According to the police report, officers responded to Boatright's residence in reference to a 9-1-1 call they received from a child at the residence, reporting that Boatright was hitting his/her mom. (The child's mother is Boatright's girlfriend, who is also the same victim in Instant Offense.) Officers interviewed both Boatright and his girlfriend. Boatright stated the argument was completely verbal and that he never touched his girlfriend. His girlfriend initially told the same story but later admitted that

RE: Gregory James Boatright

Prob12C
D/NV Form
Rev. March 2017

Boatright grabbed and pull her hair. Both stated the argument started because Boatright would not come downstairs to see the kids open gifts.

Officers reviewed the 9-1-1 call and a child can be heard telling the dispatcher that Boatright is hitting and choking his/her mother. Toward the end of the call, Boatright's girlfriend got on the phone and told the dispatcher that Boatright did hit her. Boatright was placed under arrest and transported to the City Jail where he was booked on the single count of Battery Domestic Violence. He was bailed out by his girlfriend the same date.

The undersigned interviewed both Boatright and his girlfriend. Both stated the incident was all verbal and that no one was touched. The undersigned reviewed body camera footage from the incident and heard Boatright's girlfriend telling officers that Boatright pulled her hair, that she was so scared of what might happen, and that she told her son/daughter to call the police.

On December 30, 2020, the undersigned spoke with Boatright and told him he had until January 3, 2021, to locate another residence and that he will not be allowed to reside with his girlfriend until his supervision expires in June 2021. On January 4, 2021, during a video call with him he advised the undersigned that his girlfriend decided to move out instead of him and is now living at another residence. Boatright even gave a virtual tour of the residence and the undersign did verify that he was alone and it didn't appear his girlfriend was residing there anymore.

On April 19, 2021, the undersigned directed Boatright to report to the probation office for a random drug test. Boatright tested positive for methamphetamine and initially denied any use claiming the test was wrong but ultimately admitted using. He stated that he used methamphetamine on Saturday April 17, 2021, and that he used while hanging out with some friends. The undersigned asked if Boatright would sign an admission form stating such; he replied he "wasn't comfortable doing that."

On the same date, the undersigned discussed with Boatright his residence and living situation as it did appear from many previous conversations with him that he and his girlfriend might still be living together. Boatright initially denied this but eventually admitted that after his arrest for domestic violence on Christmas, his girlfriend and the kids left the house for a few days but then returned. He stated that they never really stopped residing together even after he was directed by the undersigned not to live together. He stated that since his domestic violence case was dismissed, he didn't think they should not be allowed to live together.

The Court was previously notified of the domestic violence incident on December 25, 2020 and out of great concern of further danger to the girlfriend, concurred that Boatright and his girlfriend should not reside together. Boatright then made representations to the undersigned that his girlfriend had moved out as previously directed, which was later determined to be false. The deception, domestic violence matter, both combined with the new methamphetamine use greatly concerns the undersigned and as such, the undersigned respectfully requests a warrant be issued.

RE: Gregory James Boatright

Prob12C
D/NV Form
Rev. March 2017

                                                            Respectfully submitted,

                                                            Digitally signed by
                                                            Cecil B McCarroll III
                                                            Date: 2021.04.21
                                                            13:18:02 -07'00'

                                            Cecil B. McCarroll II
                                            United States Probation Officer

Approved:

                                          Digitally signed by Brian
                                          Blevins
                                          Date: 2021.04.21 12:30:08
                                          -07'00'

Brian Blevins
Supervisory United States Probation Officer